NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETTER INVESTMENTS, DBA RIVEER,**
*Plaintiff-Appellant*

**v.**

**HYDRO ENGINEERING,**
*Defendant-Appellee*

**CALIFORNIA CLEANING SYSTEMS,**
*Defendant*

---

2016-2634

---

Appeal from the United States District Court for the District of Utah in No. 2:14-cv-00045-DB-DBP, Senior Judge Dee V. Benson.

---

## JUDGMENT

---

STEPHEN M. LOBBIN, One LLP, Newport Beach, CA, argued for plaintiff-appellant.

MARK A. MILLER, Holland & Hart LLP, Salt Lake City, UT, argued for defendant-appellee. Also represented by BRETT L. FOSTER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, LINN, and HUGHES, *Circuit Judges*).
**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| September 11, 2017 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |